IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA NELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEALTH SERVICES, INC., ) <br> ) <br> Defendant. ) | CASE NO.: 2:17-cv-00590-ECM <br> (WO) |

# **FINAL JUDGMENT**

In accordance with the memorandum opinion entered in this case on this day, it is the

ORDER, JUDGMENT and DECREE of the Court that Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Fed.R.Civ.P. 58.

DONE this 19th day of April, 2021.

                                            /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE