IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LISA NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 2:17cv590-ECM |
| | ) | (WO) |
| HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For good cause, it is

ORDERED that this matter is set for a status and scheduling conference on **March 2, 2023 at 10:00 a.m.** by telephone conference call.

The parties should be prepared to request an agreed-upon trial term for the trial of the remaining claim in this case. The dates of the undersigned's trial terms can be found on the Court's website located at http://www.almd.uscourts.gov.

The parties are DIRECTED to contact Courtroom Deputy Cindy Sanders for the phone number and access code required to participate in the conference call.

Done this 15th day of February, 2023.

/s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE